## DESIGNATION OF UNITED STATES DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires;

NOW THEREFORE, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the

### HONORABLE BRIAN C. BUESCHER

United States District Judge for the **DISTRICT OF NEBRASKA**, to hold court in the **DISTRICT OF SOUTH DAKOTA,** beginning **July 7, 2021**, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business for the following case:

*Case No. 1:21-CR-10023-01-02-03*

*United States*

*v.*

*John Kilgallon, Daniel C. Mosteller and Stephen Houghtaling*

Dated: July 7, 2021

_____
Lavenski R. Smith, Chief Judge
United States Court of Appeals, Eighth Circuit

Original: **Matt Thelen, Clerk, District of South Dakota**
cc: Honorable Roberto A. Lange, Chief Judge, District of South Dakota
Honorable John M. Gerrard, Chief Judge, District of Nebraska
Honorable Brian C. Buescher, District Judge, District of Nebraska
Millie B. Adams, Circuit Executive